UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:25-CV-00191-CRS-CHL

LAYTONA C.                                                          PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                    DEFENDANT

## ORDER

The magistrate judge has filed his Report and Recommendation (DN 18); no objection thereto has been filed and the time for filing objections has expired. Therefore, the magistrate judge's Findings of Fact, Conclusions of Law and Recommendation (DN 18) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY** and incorporated by reference herein. A separate judgment will be entered this date reversing the final decision of the Commissioner and remanding this matter pursuant to 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

August 11, 2026

Charles R. Simpson III, Senior Judge
United States District Court